# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRGINIA McMATH, On Behalf of Herself and All Others Similarly Situated, | : <br> : <br> : |
| Plaintiff, | : Civil Action No. 05cv5168 <br> : |
| v. | : <br> : Filed Electronically |
| MBNA CORP., BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, RICHARD K. STRUTHERS, CHARLES C. KRULAK, JOHN R. COCHRAN, III, MICHAEL G. RHODES, LANCE L. WEAVER, and JOHN W. SCHEFLEN, | : <br> : <br> : <br> : <br> : <br> : |
| Defendants. | : <br> : |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT FOR DEFENDANT MBNA CORPORATION

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant MBNA Corporation hereby certifies that:

1. MBNA Corporation is a publicly held company.

2. No publicly held company owns 10% or more of the stock of MBNA Corporation.

Dated: New York, New York
       July 11, 2005

Respectfully submitted,

   s/ Richard C. Pepperman, II   
Richard J. Urowsky (RU-0334)
Richard C. Pepperman, II (RP-0957)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
(212) 558-4000

*Attorneys for Defendants*

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2005 I caused a copy of the foregoing Rule 7.1 Corporate Disclosure Statement for Defendant MBNA Corporation to be delivered by hand to:

>Curtis V. Trinko
>Law Offices of Curtis V. Trinko, LLP
>16 West 46th Street
>7th Floor
>New York, NY 10036
>Telephone: (212) 490-9550
>Fax: (212) 986-0158

        ___s/ Richard C. Pepperman, II_____