```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/05
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCOTT KIMBALL, On behalf of himself and all others similarly situated, | |
| Plaintiff, | Case No. 05-CV-04725 (KMK) |
| -v- | ORDER |
| MBNA CORP., et al., | |
| Defendants. | |
| VIRGINIA McMATH, On behalf of herself and all others similarly situated, | |
| Plaintiff, | Case No. 05-CV-05168 (KMK) |
| -v- | |
| MBNA CORP., et al., | |
| Defendants. | |

KENNETH M. KARAS, District Judge:

Having received motions for consolidation, appointment as lead plaintiff, and approval of selection of lead counsel from Lerach Coughlin Stoia Geller Rudman & Robbins LLP (on behalf of the City of Deerfield Beach), the Law Offices of Curtis V. Trinko, LLP (on behalf of Scott Kimball, Virginia McMath, M.B. Kajbafnezhad, James Moran and Nancy Moran), and Milberg Weiss Bershad & Schulman LLP (on behalf of Activest Investmentgesellschaft mbH), the Court hereby ORDERS that any responses shall be filed on or before July 22, 2005; reply briefs shall be filed on or before July 29, 2005. No extensions will be granted.

SO ORDERED.

Dated:   July 12, 2005
         New York, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE