UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/20/05

**Virginia McMath,** *on behalf of herself and all others similarly situated*

                        **Plaintiffs.**

-v-

**MBNA, et al**

                        **Defendants.**

Case No.05-cv-05168 (KMK)

<u>ORDER SETTING
PRE- MOTION CONFERENCE</u>

KENNETH M. KARAS, District Judge:

The Court hereby ORDERS that the parties appear for a pre motion conference in this case. The conference shall be held on July 27, 2005 at 2:30pm in the United States Courthouse for the Southern District of New York, Courtroom 21D- 500 Pearl Street, New York, New York.

SO ORDERED.

Dated:      July __, 2005
              New York, New York

                                                  KENNETH M. KARAS
                                                  UNITED STATES DISTRICT JUDGE