

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCOTT KIMBALL, On behalf of himself and others similarly situated,

                Plaintiff,

-v-

MBNA CORP., et al.,

                Defendants.

Case No. 05-CV-04725 (KMK)

ORDER

VIRGINIA McMATH, On behalf of herself and all others similarly situated,

                Plaintiff,

-v-

MBNA CORP., et al.,

              Defendants.

Case No. 05-CV-05168 (KMK)

KENNETH M. KARAS, District Judge:

As discussed at the conference held before the Court on July 27, 2005, Plaintiffs in both of the above-named actions shall file their responses to Defendants' Motion to Consolidate This Action With a Related Action and Transfer These Actions to the District of Delaware on or before August 17, 2005; Defendants shall reply on or before August 23, 2005; the Court will hear argument on August 29, 2005 at 11:00 AM.

SO ORDERED.

Dated:     July 28, 2005
              New York, New York

                                              KENNETH M. KARAS
                                              UNITED STATES DISTRICT JUDGE