# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/05

JUL 28 2005

July 28, 2005

*By Hand*

MEMO ENDORSED

The Honorable Kenneth M. Karas,
   United States District Judge,
      United States District Court,
         Southern District of New York,
           500 Pearl Street, Room 920,
              New York, New York 10007.

      Re:    *Kimball v. MBNA Corp., et al.*, No. 05cv4725 (KMK) and
             *McMath v. MBNA Corp., et al.*, No. 05cv05168 (KMK)

Dear Judge Karas:

        As was discussed during the pre-motion conference yesterday, defendants respectfully request that the Court deem the papers previously filed by defendants with the Court on July 11, 2005 as defendants' motion to consolidate the two above-referenced actions and transfer them to the District of Delaware pursuant to 28 U.S.C. § 1404(a).

                                                         Respectfully,

                                                          Richard C. Pepperman, II

cc:    Curtis V. Trinko
       (Law Offices of Curtis V. Trinko, LLP)

       Peter E. Seidman
       Andrei Rado
       (Milberg Weiss Bershad & Schulman)

       Mario Alba, Jr.
       (Lerach Coughlin Stoia Geller Rudman & Robbins LLP)

ORDERED
KENNETH M. KARAS U.S.D.J.