UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIRGINIA McMATH, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MBNA CORPORATION, et al.<br><br>Defendants. | Civil Action No. 05-00644-UNA |

**ENTRY OF APPEARANCE**

TO:   CLERK, UNITED STATES DISTRICT COURT
      WILMINGTON, DELAWARE

Please enter the appearance of undersigned counsel as attorneys for defendants.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/ Richard H. Morse_
Richard H. Morse (No. 531)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899
(302) 571-6651
rmorse@ycst.com

Attorneys for Defendants

OF COUNSEL:

Richard C. Pepperman II
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004-2498
Phone: 212-558-4000

DATED: September 9, 2005

# CERTIFICATE OF SERVICE

I, Richard H. Morse, hereby certify that on September 9, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of Court using CM/ECF and that copies of this document will be served upon the following counsel in the manner indicated:

**BY HAND DELIVERY**

Jeffrey S. Goddess, Esquire
Rosenthal Monhait Gross & Goddess, P.A.
Mellon Bank Center
919 Market Street, Suite 1401
P. O. Box 1070
Wilmington, DE 19899

Seth D. Rigrodsky, Esquire
Milberg Weiss Bershard & Schulman LLP
919 North Market Street, Suite 411
Wilmington, DE 19801

A. Zachary Naylor, Esquire
Chimicles & Tikellis LLP
One Rodney Square
PO Box 1035
Wilmington, DE 19899

**BY FIRST CLASS MAIL**

Curtis V. Trinko, Esquire
Law Office of Curtis V. Trinko, LLP
16 West 46th Street, 7th Floor
New York, NY 10036

Maria Alba, Jr., Esquire
Lerach, Coughlin, Stoia, Geller Rudman & Robbins, LLP
200 Broadhollow Road, Suite 406
Melville, NY 11747

Mary K. Blasy, Esquire
Lerach, Coughlin, Stoia, Geller Rudman & Robbins, LLP
401 B Street, Suite 1600
San Diego, CA 92101

Paul J. Geller, Esquire
Lerach, Coughlin, Stoia, Geller Rudman & Robbins, LLP
197 South Federal Highway, Suite 200
Boca Raton, FL 33432

Andrei Rado, Esquire
Steven G. Schulman, Esquire
Milberg Weiss Bershard & Schulman LLP
One Pennsylvania Plaza
49th Floor
New York, NY 10119

Joseph N. Gielata, Esquire
501 Silverside Road
Suite 90
Wilmington, DE

Alfred G. Yates, Jr., Esquire
Gerry Rutledge, Esquire
Law Office of Alfred G. Yates, Jr., P.C.
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219


YOUNG CONAWAY STARGATT & TAYLOR, LLP


*/s/ Richard H. Morse*
Richard H. Morse (I.D. No. 531)
17th Floor, Brandywine Building
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6651
rmorse@ycst.com

Attorneys for Defendants

2